[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
July 24, 2009
THOMAS K. KAHN
CLERK

_____

No. 09-11077
Non-Argument Calendar

_____

D. C. Docket No. 05-00071-CR-FTM-33-DNF

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CLAYTON K. UPSHAW,
a.k.a. Polk,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(July 24, 2009)

Before CARNES, PRYOR and HILL, Circuit Judges.

PER CURIAM:

Darlene M. Geiger, appointed counsel for Clayton K. Upshaw, has moved to

withdraw from further representation of the appellant and filed a brief pursuant to

Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our

independent review of the entire record reveals that counsel's assessment of the

relative merit of the appeal is correct. Because independent examination of the

entire record reveals no arguable issues of merit, counsel's motion to withdraw is

**GRANTED**, and the district court's denial of Upshaw's motion to reduce his

sentence, pursuant to 18 U.S.C. § 3582(c)(2), is **AFFIRMED**.